**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MIRANDA,<br><br>      Plaintiff,<br><br>   v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, NORTHWEST TRUSTEE SERVICES, INC., AND DOES 1 - 20 INCLUSIVE,<br><br>      Defendants. | Case No. EDCV 13-00034-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 20, 2013

VIRGINIA A. PHILLIPS
United States District Judge